UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| TAMMIE ANN NESTOR,            ) | |
|                               ) | |
|     Plaintiff,     ) | |
|                               ) | |
|     v.             ) | Civil Action No. 5:15-cv-2120-RBH |
|                               ) | |
| CAROLYN W. COLVIN,            ) | |
| Acting Commissioner           ) | |
| Of Social Security,           ) | |
|                               ) | |
|     Defendant.     ) | |

## **ORDER**

Upon consideration of the **Defendant's Unopposed Motion to Remand**, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the

Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g) [1].

March 18, 2016                                         s/ R. Bryan Harwell
Florence, South Carolina                               R. Bryan Harwell
                                                       United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.