AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Tammie Ann Nestor | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  5:15-cv-2120-RBH-KDW |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The decision of the Commissioner is reversed and this case is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:   March 18, 2016                                       *CLERK OF COURT*

                                                             s/Debbie Stokes
                                                             _____
                                                             *Signature of Clerk or Deputy Clerk*